

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00514-CR

Juan Santos **HUERTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR3450
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 11, 2024.

Luz Elena D. Chapa, Justice